AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2026**

SEAN F. McAVOY, CLERK

ALBERT JAMES REEVES, III,

)
)
*Plaintiff*
)
v.
)        Civil Action No.   2:26-cv-298-EFS
)
)

DEPARTMENT OF CORRECTIONS,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion to Voluntarily Dismiss (ECF No. 4) is GRANTED.
Plaintiff's Complaint  (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge     EDWARD F. SHEA

Date:   8/5/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*